**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VICTOR VILLELA,** individually and on behalf of all others similarly situated**,**<br><br>          Plaintiff,<br><br>          v.<br><br>**WESTERN DENTAL SERVICES, INC, and does 1 through 10, inclusive**<br><br>          Defendants. | Case No. 2:17-cv-00886-CBM-SKx<br><br>**ORDER**<br>**[JS-6]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

_____

Dated: June 16, 2017           The Honorable Consuelo B. Marshall
                                            United States District Judge